FILED

11/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0531

IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No. DA 24-0531

HomeRiver Group,

Plaintiff and Appellee,

v.

Anders Business Solutions, LLC,

Defendant and Appellant.

ORDER

Upon consideration of Appellant's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including December 11, 2024, within which to prepare, file, and serve its opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 6 2024